United States District Court
Southern District of Texas
**ENTERED**
March 08, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOE CANTU, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:13-CV-105 |
| | § | |
| STATE FARM LLOYDS, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

On January 25, 2016, came on for trial the above referenced and numbered cause. Plaintiff Joe Cantu appeared in person and through his attorneys and announced ready for trial. Defendant State Farm Lloyds appeared in person through a corporate representative and through its attorneys and announced ready for trial. The Court determined that it had jurisdiction over the subject matter and the parties in this case. The Court then impaneled and swore in the jury. After each party presented their evidence, each rested and closed. The jury then received the Court's questions, definitions, and instructions and heard arguments of counsel. After completing its deliberations, the jury returned its verdict in open court, and it appearing to the Court that the verdict was properly signed, it was received and the verdict was ordered filed among the papers of this cause.

The jury's verdict being in favor of Defendant, the Court renders judgment for Defendant.

Accordingly, it is **ORDERED, ADJUDGED AND DECREED** that Plaintiff Joe Cantu takes nothing of and from Defendant State Farm Lloyds.

It is further **ORDERED, ADJUDGED AND DECREED** that all of Plaintiff's claims against Defendant are hereby **dismissed with prejudice**, with court cost assessed against Plaintiff.

All other relief not expressly granted herein is hereby denied.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 7th day of March, 2016.

_____
Micaela Alvarez
United States District Judge